No. 114. Carlo Bianchi & Co., Inc. *v.* United States. Ct. Cl. Motion to use record in No. 529, October Term, 1962, granted. Certiorari denied. *William H. Matthews* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander* and *David L. Rose* for the United States.

No. 137. V. L. Smithers Manufacturing Co. *v.* O'Brien et al., dba Illinois Wholesale Florist. C. A. 7th Cir. Certiorari denied. Mr. Justice Fortas took no part in the consideration or decision of this petition. *H. F. McNenny* for petitioner. *John Rex Allen* for respondents.

No. 160. Brotherhood of Locomotive Firemen & Enginemen *v.* Central of Georgia Railway Co. C. A. 5th Cir. Certiorari denied. Mr. Justice Fortas took no part in the consideration or decision of this petition. *Harold C. Heiss* and *Russell B. Day* for petitioner. *John B. Miller, Charles J. Bloch, W. Graham Claytor, Jr.,* and *Richard S. Arnold* for respondent.

No. 182. Jachimiec *v.* Schenley Industries, Inc., et al. C. A. 7th Cir. Certiorari denied. Mr. Justice Fortas took no part in the consideration or decision of this petition. *Milton V. Freeman* and *Sheldon O. Collen* for petitioner. *Sidney R. Zatz, Milton H. Cohen* and *Peyton Ford* for respondents.

No. 265. Brandano et al. *v.* Handman et al. C. A. 1st Cir. Certiorari denied. Mr. Justice Fortas took no part in the consideration or decision of this petition. *Joseph Zallen* for petitioners. *Diana J. Auger* for respondents.